FILED
HARRISBURG, PA

AUG 06 2025

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:25-CR-207 |
| v. | : | (Judge Neary) |
| CRAIG A. KIMMEL, | : | |
| Defendant. | : | |

INDICTMENT

THE GRAND JURY CHARGES:

GENERAL ALLEGATIONS

1. On or about February 19, 1993, the defendant, **CRAIG A. KIMMEL**, was convicted in the Court of Common Pleas of Schuylkill County, Pennsylvania of Indecent Assault under Pennsylvania Consolidated Statutes Title 18, Chapter 31, Section 3126(a)(6), Attempted Statutory Rape under Pennsylvania Consolidated Statutes Title 18, Chapter 9, Section 901(a) and Title 18, Chapter 31, Section 3122, in case number CP-54-CR-0000550-1992.

2. Each of these convictions is a prior conviction "under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor[.]" 18 U.S.C. §§ 2251(e); 2252(b)(1).

## COUNT 1
## 18 U.S.C. § 2251(a)
### (Attempted Production of a Visual Depiction Containing the Sexual Exploitation of a Child)

3. The allegations contained in paragraphs 1 and 2 of this Indictment are hereby realleged and incorporated by reference.

4. Between on or about November 1, 2022 and on or about January 7, 2023, in the Middle District of Pennsylvania and elsewhere, the defendant,

### CRAIG A. KIMMEL,

did attempt to employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate commerce and the visual depiction being produced used materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a cellular telephone.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 2422(b)
(Coercion and Enticement of a Minor)

5. From on or about November 1, 2022, through on or about August 17, 2023, in the Middle District of Pennsylvania and elsewhere, the defendant,

### CRAIG A. KIMMEL,

using a facility and means of interstate and foreign commerce, unlawfully and knowingly did persuade, induce, entice, and coerce a person he believed had not attained the age of 18 years to engage in prostitution and any sexual activity for which he could be charged with a crime, that is the production of child pornography, a violation of 18 U.S.C. Section 2251(a).

In violation of Title 18, United States Code, Sections 2422(b) and 2427.

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney

FOREPERSON

STEPHEN W. DUKES
Assistant United States Attorney

Date 8/6/2025

3